IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA HERBERT-TORRES,

    Plaintiff,                                        No. CIV S-09-3495 KJM-CMK

    vs.

OROVILLE HOSPITAL; et al.,

    Defendants.

                                                           /

LAURA HERBERT-TORRES,

    Plaintiff,                                        No. CIV S-11-1048 MCE-GGH

    vs.

UNITED STATES OF AMERICA,

    Defendant.                                       <u>RELATED CASE ORDER</u>

                                                           /

          Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Both actions involve similar claims and the same event. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

          The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

1

1  cases are generally assigned to the judge and magistrate judge to whom the first filed action was
2  assigned.
3        As a result, it is hereby ORDERED that CIV S-11-1048 MCE-GGH is reassigned
4  from Judge England to the undersigned and from Magistrate Judge Hollows to Magistrate Judge
5  Kellison.  Henceforth, the caption on documents filed in the reassigned case shall be shown as:
6  CIV S-11-1048 KJM-CMK.
7        It is further ORDERED that the Clerk of the Court make appropriate adjustment
8  in the assignment of civil cases to compensate for this reassignment.
9        IT IS SO ORDERED.
10 DATED: May 25, 2011.

                                      UNITED STATES DISTRICT JUDGE